IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KEVIN POPPEN, | Case No. 3:22-cv-00227-SB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CLACKAMAS COUNTY, | |
| Defendant. | |

**BECKERMAN, U.S. Magistrate Judge.**

This case was tried as a mixed jury and bench trial, from October 17, 2023, to October 20, 2023, with U.S. Magistrate Judge Stacie F. Beckerman presiding. (ECF Nos. 98-99, 103-106.) A jury verdict was returned on October 20, 2023. (ECF No. 108.) The Court issued Findings of Fact and Conclusions of Law in an Opinion and Order dated November 21, 2023. (ECF No. 113.)

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant Clackamas County on all of Plaintiff Kevin Poppen's claims.

DATED this 21st day of November, 2023.

*Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – JUDGMENT